■ DAVID H. KERNAN et al., Respondents, v TRAJANKA WILLIAMS, Appellant. (Appeal No. 1.) [999 NYS2d 912]—Appeal from an order of the Supreme Court, Jefferson County (Hugh A. Gilbert, J.), entered January 10, 2013. The order granted the motion of plaintiffs for summary judgment and denied as moot the cross motion of defendant to add necessary parties.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Fiberglass Fabricators, Inc. v C.O. Falter Constr. Corp.*, 117 AD3d 1540, 1541 [2014]). Present—Smith, J.P., Fahey, Whalen and DeJoseph, JJ.